AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Edward Picquet, Jr. | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Case: 1:23-mj-00345
Assigned To : Harvey, G. Michael
Assign. Date : 12/12/2023
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Edward Picquet, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings,
18 U.S.C. § 231(a)(3) - Civil Disorder.

Date: 12/12/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.12.12 12:16:03 -05'00'

*Issuing officer's signature*

City and state:  Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/12/2023 , and the person was arrested on *(date)* 12/13/2023
at *(city and state)* Hollywood, SC .

Date: 12/13/2023

*Arresting officer's signature*

Matthew D Tullo - FBI TFO
*Printed name and title*